Case 1:25-cv-00228   Document 31   Filed 11/19/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARZOU H[1], <br>     Petitioner, <br><br> v. <br><br> JOSEPH FREDEN, *et al.*, <br> *in their official capacities* <br>     Respondents. | § <br> § <br> § <br> §   CIVIL ACTION NO. 1:25-cv-228 <br> § <br> § <br> § <br> § |

### ORDER REQUIRING RESPONDENTS' RESPONSIVE PLEADING

Before the Court is Petitioner Arzou H's Petition for Writ of Habeas Corpus (Dkt. No. 1).

To further facilitate the progress of this case, the Court **ORDERS** Respondents to file a responsive pleading to Arzou H's Petition for Writ of Habeas Corpus **no later than December 22, 2025.**

Signed on November 19, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.